AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court

## Northern District of Illinois
### Eastern Division

Brandon Smith                             **JUDGMENT IN A CIVIL CASE**

        v.                             Case Number: 09 C 373

Edward Fulton, et. al.

- ■ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the jury returns a verdict in favor of the defendants and against the plaintiff. On the plaintiff's Section 1983 - False Arrest Claim - Count V, we the jury find in favor of the defendants, Edward Fulton and Victor Creed, and against the plaintiff.

Michael W. Dobbins, Clerk of Court

Date: 4/21/2010

/s/ Melanie A. Foster, Deputy Clerk